# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| TONYA L. OBERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-5027-CV-SW-FJG-SSA |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration ) | |
| ) | |
| Defendant. ) | |

## ORDER

Currently pending before the Court is plaintiff's Application for Attorney Fees Pursuant to The Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. #16). Plaintiff has requested reimbursement in the amount of $ 4,409.97 for attorney fees which represents 25.45 hours at the rate of $157.00 per hour and five hours of paralegal time at the rate of $75.00 per hour. Plaintiff also requests reimbursement of $39.32 in expenses. Defendant has no objection to the payment of fees and expenses in this amount.

Accordingly, it is hereby **ORDERED** that plaintiff's application for attorney fees and expenses is **GRANTED** and counsel shall be awarded payment of $ 4,409.97 in attorney fees and expenses, payable to the Law Offices of Dennis C. O'Dell.


Date: January 6, 2006                                **S/ FERNANDO J. GAITAN JR.**
Kansas City, Missouri                                Fernando J. Gaitan Jr.
                                                     United States District Judge